# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00056-RLV-DSC

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| LOWE'S COMPANIES, INC., | ) <br> ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Michael A. Oakes]" (document # 10) filed May 21, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: May 21, 2013

David S. Cayer
United States Magistrate Judge