IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:13-cv-56

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     ORDER<br>) |
| LOWE'S COMPANIES, INC., | )<br>) |
| Defendant. | )<br>) |

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff Joao Control and Monitoring Systems, LLC and Defendant Lowe's Companies, Inc. (Doc. 22), the Stipulated Motion for Dismissal is **GRANTED**, and it is **ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed **WITH PREJUDICE.**

It is further **ORDERED** that all attorney's fees and costs are to be borne by the party that incurred them.

Signed: February 18, 2014

Richard L. Voorhees
United States District Judge